**FILED**
**CLERK**
2:30 pm, May 09, 2019
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 108.6.229.173,

    Defendant.

Civil Action No. 2:18-cv-05315-JS-SIL

ORDER

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 108.6.229.173 ("Defendant"), through Defendant's council, Peter Glantz, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 17, 2019

Respectfully submitted,

*The Clerk of the Court is directed to mark this case CLOSED.*

By:    /s/ *Jacqueline M. James*
       Jacqueline M. James, Esq. (#1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue, Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjames@jacquelinejameslaw.com
       *Attorneys for Plaintiff*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: May 9, 2019
Central Islip, NY

1